

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-14-00129-CV

_____

SUSAN MCDONALD, APPELLANT

V.

SAMUEL A. HENDRICKS, APPELLEE

On Appeal from the 52nd District Court
Coryell County, Texas
Trial Court No. 41621; Honorable Trent D. Farrell, Presiding

June 23, 2014

## MEMORANDUM OPINION

Before QUINN, C.J. and HANCOCK and PIRTLE, JJ.

Pending before this Court is a motion to dismiss filed by Appellant, Susan McDonald. By this motion Appellant represents she and Appellee, Samuel A. Hendricks, have compromised and settled their differences which are the basis of this appeal. Without passing on the merits of the appeal, McDonald's motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to the motion, all costs on appeal should be taxed against the party incurring them. *Id.* at 42.1(d).

Having dismissed this appeal at McDonald's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Patrick A. Pirtle
Justice